JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIFAH E.D. SAIF'ULLAH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON BROOMFIELD, Warden,<br><br>　　　　　Respondent. | Case No. 2:22-cv-04521-MEMF (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge (ECF No. 15),

IT IS HEREBY ADJUDGED that the Petition is denied and dismissed with prejudice.

Dated: June 14, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge